%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

FILED

# UNITED STATES DISCRICT COURT
for the
Northern District of Ohio

2008 MAR -4  AM 9:54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America
v.
Steven Thomas

Date of Previous Judgment: February 13, 2002
(Use Date of Last Amended Judgment if Applicable)

) Case No; 1:97CR313
) USM No; 36549-060
) FPD NDO
) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __165__ months is reduced to __121__.

**1. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __32__           Amended Offense Level: __30__
Criminal History Category: __III__        Criminal History Category: __III__
Previous Guideline Range: __151__ to __188__ months   Amended Guideline Range: __121__ to __151__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence exceeds the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated 2-13-2002 shall remain in effect.
IT IS SO ORDERED.
Order Date: 3-4-2008

_Judge's signature_

Solomon Oliver Jr. - U.S. District Judge
Printed name and title

Effective Date: _____
(if different from order date)